**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Mario Valerio Gonzalez Hernandez, Petitioner.

Appellate Case No. 2017-002206

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Newberry County
Eugene C. Griffith Jr., Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-017
Heard March 26, 2019 – Filed April 3, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Graham R. Billings, of Charlotte, North Carolina, and Blake T. Williams, Of Columbia, both of Nelson Mullins Riley & Scarborough, LLP, and Chief Appellate Defender Robert Michael Dudek, of Columbia, all for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Mark Reynolds Farthing, both of

Columbia; and Solicitor David Matthew Stumbo, of Greenwood, all for Respondent.

––––––––––

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *State v. Hernandez*, Op. No. 2017-UP-324 (S.C. Ct. App. filed Aug. 2, 2017).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**